**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-2730**

───────────

DAVID L. BRIGHT,

Plaintiff - Appellant,

versus

NORFOLK SHIPBUILDING & DRYDOCK CORPORATION;
NORSHIPCO,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert E. Doumar, Senior District Judge.  (CA-96-985)

───────────

Submitted:  April 20, 1999              Decided:  May 3, 1999

───────────

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

David L. Bright, Appellant Pro Se.  Ronda Lynn Brown, VANDEVENTER BLACK, L.L.P., Norfolk, Virginia; Thomas Michael Lucas, MCGUIRE, WOODS, BATTLE & BOOTHE, Norfolk, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David L. Bright appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bright v. Norfolk Shipbuilding & Drydock Corp., No. CA-96-985 (E.D. Va. Nov. 17, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's judgment is marked as "filed" on November 13, 1998, the district court's records show that it was entered on the docket sheet on November 17, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).